**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7644**

UNITED STATES OF AMERICA,

              Plaintiff — Appellee,

        v.

DANIEL WATLINGTON, a/k/a Gator Slim,

              Defendant — Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (5:05-cr-00004-F-1)

Submitted:  June 16, 2011              Decided:  June 20, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Watlington, Appellant Pro Se.  S. Katherine Burnette, Joshua Bryan Royster, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Watlington appeals the district court's order denying his motion for a nunc pro tunc order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Watlington, No. 5:05-cr-00004-F-1 (E.D.N.C. Nov. 10, 2010). We deny Watlington's motion for bail pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED